IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| DELBERT GLENN ROGERS, ) | |
| Pro-Se #02634254, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MS. MARSHA McLANE, *Et Al.*, ) | |
| ) | |
| Defendants. ) | Civil Action No. 5:22-CV-130-C |

## ORDER

Before the Court is the Report and Recommendation (Docket Entry 24) of the United States Magistrate Judge therein advising the Court that Plaintiff's Motion for Relief Requesting Order Pending Action (Docket Entry 21) is not properly before the Court and is premature. The Report and Recommendation recommends that said Motion should be denied. Plaintiff filed an Objection (Docket Entry 27), which the Court fully considered.

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's Report and Recommendation and finds no error. It is therefore **ORDERED** that the Report and Recommendation is hereby **ADOPTED** and Plaintiff's Motion for Relief Requesting Order Pending Action (Docket Entry 21) is **DENIED**.

SO ORDERED.

Dated December 5, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE